IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

ARNALDO MARTINEZ,

      Appellant,

 v.

                          Case No.  5D22-1892
                          LT Case No. 2006-CF-003897-O

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed December 20, 2022

3.850 Appeal from the Circuit Court
for Seminole County,
Melissa Souto, Judge.

Arnaldo Martinez, Florida City, pro se.

Ashley Moody, Attorney General, Tallahassee,
and Rebecca Rock McGuigan, Assistant
Attorney General, Daytona Beach, for
Appellee.

PER CURIAM.

    AFFIRMED.

LAMBERT, C.J., EVANDER and HARRIS, JJ., concur.